UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RANDY LAWERENCE DEWEY, CHRISTINE DEWEY, ANNA ALEXANDRA DEWEY, JOSHUA STEPHEN DEWEY, JESSICA ELINA DEWEY, CHAVA ABIGAIL DEWEY, MAHALIA MARGARET MICHAL DEWEY and MATHEW ETHAN DEWEY,

      Plaintiffs,

v.                                        Case No: 5:23-cv-737-JSM-PRL

ALEJANDRO MAYORKAS, ANTONY BLINKEN and ROBERT P. SANDERS,

      Defendants.

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal (Dkt. 21). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of June, 2024.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record